IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY CONTI and BERNARD R. CONTI,

    Plaintiffs,

  -vs-                                                   No. CIV 96-1439  LH/DJS

WAL-MART STORES, INC., and CYNDI FUSSELMAN,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes on for consideration of Defendants' Objection to Magistrate Court's Order Denying, in Part, Motion for Extension of Discovery Deadline and Expanded Scope of Discovery (Docket No. 101), filed June 12, 1998. The Court, having considered the Objection, the memoranda of the parties, and the applicable law, and otherwise being fully advised, finds that the Objection is well taken in part and will be **granted in part**.

Defendants seek additional time to obtain the depositions of certain of Plaintiff Dorothy Conti's family members concerning her family medical history. Defendants also seek to expand the scope of this discovery to inquire into the circumstances of these witnesses' legal representation regarding the depositions. Plaintiffs do not object. (Pls.' Resp. Defs.' Obj. ¶¶ 1, 24.)

The Court will allow an extension of discovery deadlines for these depositions to August 31, 1998. The Court, however, will not expand the scope of this discovery.

**IT IS HEREBY ORDERED** that Defendants' Objection to Magistrate Court's Order Denying, in Part, Motion for Extension of Discovery Deadline and Expanded Scope of Discovery (Docket No. 101), filed June 12, 1998, is **GRANTED IN PART**.

_____
**UNITED STATES DISTRICT JUDGE**